# United States District Court
# Western District of North Carolina
# Charlotte Division

| | | |
|---|---|---|
| Apryl Nichole Davis, | ) | JUDGMENT IN CASE |
| | ) | |
| Plaintiff(s), | ) | 3:23-cv-00492-KDB-DCK |
| | ) | |
| vs. | ) | |
| | ) | |
| Brock & Scott LLC | ) | |
| Bank of America Corporation | ) | |
| Trustee of Carolina LLC | ) | |
| Pinyan Law Office | ) | |
| Future Realty LLC, | ) | |
| | ) | |
| Defendant(s). | ) | |

DECISION BY COURT. This action having come before the Court and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's January 29, 2024 Order.

January 29, 2024

Katherine Hord Simon, Clerk
United States District Court